**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ORELVY CARRERO GOMEZ,** <br><br> ***Petitioner*,** <br> **v.** <br><br> **TODD BLANCHE,** U.S. Attorney General; **MARKWAYNE MULLIN,** Secretary of Department of Homeland Security; **WARDEN OF ICE ERO CAMP EAST MONTANA,** <br><br> ***Respondents*.** | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **EP-26-CV-00749-DCG** |

**ORDER TO PROVIDE SUPPLEMENTAL RESPONSE**

Respondents have invoked 8 U.S.C. § 1231(a)(1)(C) as an authority to continue detaining Petitioner, arguing that Petitioner prevented his removal when he "failed to comply" with third-country removal to Mexico.[1] To properly invoke Section 1231(a)(1)(C), regulations require the government to "serve the alien with a Notice of Failure to Comply."[2] Respondents allege that Petitioner was served with a few different failure to comply documents.[3] However, Exhibit E is completely blank except for a couple black redaction boxes, and Exhibit G's first page is blank

---

[1] Suppl. Resp., ECF No. 21, at 3, 7–9.

[2] 8 C.F.R. § 241.4(g)(5)(ii); *see also Glushchenko v. United States Dep't of Homeland Sec.*, 566 F. Supp. 3d 693, 708 (W.D. Tex. 2021) ("[W]hen DHS determines that removal needs to be extended under § 1231(a)(1)(C), it is required to serve the alien with a Notice of Failure to Comply that explains the relevant statutes and provides an explanation of the necessary steps that the alien must take in order to comply with the statutory requirements." (citation modified)).

[3] Suppl. Resp. at 3 (citing Ex. E, ECF No. 21-5; Ex. F, ECF No 21-6; Ex. G, ECF No. 21-7).

too.[4] The Court suspects Respondents encountered an error during filing and will therefore order them to provide new copies of those two exhibits.

Accordingly, the Court **ORDERS** Respondents to file a Supplemental Response by no later than **October 14, 2026**. The Supplemental Response must **ATTACH** as exhibits new copies of the documents filed as "Exhibit E" (ECF No. 21-5) and "Exhibit G" (ECF No. 21-7).

The Clerk of Court **SHALL MAIL** this Order to:

Orelvy Carrero Gomez
Bluebonnet Detention Facility
400 2nd Street
Anson, Texas 79501

**So ORDERED and SIGNED this 9th day of October 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

[4] *See* Ex. E at 1–2; Ex. G at 1.